# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN JALONI MOLLISON,
                Appellant,

vs.

THE STATE OF NEVADA,
                Respondent.

No. 70579

FILED

AUG 29 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to reconsider petitioner's motion for appointment of counsel. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____ C.J.
Parraguirre

_____, J.         _____, J.
Hardesty                          Pickering

cc:  Hon. Douglas W. Herndon, District Judge
      John Jaloni Mollison
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

16-26797